### 3309. WIDENER *v.* THE STATE.

POWELL, J. If the State's witness is to be believed, the defendant is guilty. No matter what attacks were made upon the general credibility of this witness, and no matter how many witnesses testified to the contrary of what he swore, his credibility and the settling of the issue of fact was a matter exclusively for the judge and the jury in the trial court, and this court has no jurisdiction to interfere. The case falls squarely within the ruling in *Plummer* v. *State*, 1 *Ga. App.* 507 (57 S. E. 969).

*Judgment affirmed.*

DECIDED APRIL 24, 1911.

Accusation of sale of liquor; from city court of Newnan—Judge Post. February 24, 1910.

*W. C. Wright,* for plaintiff in error.

*W. L. Stallings, solicitor,* contra.

---

### 3315. JOHNSON *v.* CITY OF ATLANTA.

### 3316. PEARSON *v.* CITY OF ATLANTA.

POWELL, J. This court has no jurisdiction of a case, civil or criminal, unless the bill of exceptions is filed in the office of the clerk of the superior court within 15 days after its certification by the trial judge. Civil Code (1910), § 6167. A delinquency in this respect, being jurisdictional, can not be waived.          *Writs of error dismissed.*

DECIDED APRIL 24, 1911.

*John A. Boykin,* for plaintiffs in error.

*J. L. Mayson, W. D. Ellis Jr.,* contra.